# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

**KATHRYN HART**, *et al.*,

*Plaintiffs*,

v.                            Case No. 1:23-cv-03499-JRR

**WILLIE EDWARD TAYLOR CARVER**,

*Defendant.*

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

This matter comes before the court on Defendant Willie Edward Taylor Carver's Motion to Dismiss. (ECF No. 16; the "Motion to Dismiss.") The court also has before it Plaintiffs Kathryn Hart and Andrew Hart's "Motion to Strike (FRCP 12(f)) Defendant's Motion to Dismiss, or in the Alternative, to Strike or Exclude Matters Not in the Record from Defendant's Motion to Dismiss, or in the Alternative, to Convert the Motion into a Motion for Summary Judgment and Permit the Parties to Conduct Discovery (FRCP 12(d))." (ECF No. 18; the "Motion to Strike.") The court has reviewed all papers. No hearing is necessary. Local Rule 105.6 (D. Md. 2023). For the reasons set forth in the accompanying memorandum opinion, it is this 3rd day of September 2024:

**ORDERED** that Plaintiffs' Motion to Strike (ECF No. 18) shall be, and is hereby **DENIED**; and further it is

**ORDERED** that Defendant's Motion to Dismiss (ECF No. 16) shall be, and is hereby, **GRANTED** for lack of personal jurisdiction; and further it is

**ORDERED** that this case shall be **TRANSFERRED** to the United States District Court for the Eastern District of Kentucky pursuant to 28 U.S.C. § 1406(a); and further it is

**ORDERED** that Madam Clerk shall **CLOSE THIS CASE.**

/S/

_____
Julie R. Rubin
United States District Judge